## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:  
**RACHAEL ANNE HASKELL**  
        Debtor.  
_____/

Case No. 8:18-bk-02135-MGW  
Chapter 7

### INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.    I, **Rachael Anne Haskell**, the Debtor has filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.    My intention with respect to the property of the estate which secures those consumer debts is as follows:

a.    Property to be surrendered:

| Description of property | Creditor's name |
|---|---|
| | |

b.    Property to be retained:

| Description of property | Creditor's name |
|---|---|
| 6177 Sun Blvd #404<br>St. Petersburg, FL 33715 | Caliber Home Loans |

3.    I understand that section 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intentions within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

The penalties for making a false statement or concealing property is a fine of up to $5,000.00 or imprisonment for up to 5 years, or both. (18 U.S.C. §§152 and 3571)

Signature: \_/s/ Rachael Anne Haskell_____   Date: \_May 24, 2019\_\_  
        Rachael Anne Haskell

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing notice to Kelly Remick, Trustee, and attached mailing matrix on this __24th__ day of May, 2019.

/s/ Maria D. Boudreaux, Esq._____
Maria D. Boudreaux, Esq. F.B.N. 1008371
LeavenLaw
3900 First Street North, #100
St. Petersburg, FL 33703
(727)327-3328; (727) 327-3305 fax
data@leavenlaw.com